# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 399 WAL 2014
:
                 Respondent     :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.                 :
:
:
:
ROBERT WILLIAM DIXON,     :
:
                 Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.